# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARMAND CARTEZ STEWARD

NO. 2026 KW 0589

**JULY 13, 2026**

---

In Re:     Armand Cartez Steward, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-04323.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the transcript of the probation revocation proceeding and the rule to revoke probation. Thus, this court cannot adequately review the district court's decision to revoke relator's probation. Furthermore, the appropriate method to raise claims regarding the revocation of probation is a properly filed application for postconviction relief, which must be filed within two years of the revocation. See **State ex rel. Clavelle v. State**, 2002-1244 (La. 12/12/03), 861 So.2d 186, 187 (*per curiam*). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before October 20, 2026. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT